JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN VAUGHN;<br>29 POTATOES LLC, a<br>California Limited Liability<br>Company; and Does 1-10,<br><br>    Defendants. | Case No.: ED CV 15-986-DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION [15]** |

This action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: August 17, 2015      _____
                                                 DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE